IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ANN J. KARIM                    :
                                :
   v.                           : CIVIL ACTION NO. JFM-01-258
                                :
VELENA MILLER                   :
STANLEY MILLER                  :

..oOo..

**ORDER**

Accordingly, IT IS this _13__ day of ___Feb___, 2001, by the United States District Court for the District of Maryland hereby ORDERED that:

1. Plaintiff's motion for leave to proceed *in forma pauperis* (Paper No. 2), IS GRANTED;

2. The instant 42 U.S.C. § 3613 housing discrimination complaint IS DISMISSED without requiring service of process on the defendants;

3. The Clerk of the Court CLOSE this case; and

4. The Clerk of the Court MAIL a copy of this Order, along with the foregoing Memorandum, to the plaintiff.

_____
J. Frederick Motz
United States District Judge